UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN P. FISCHER,

        Plaintiff,

v.                                              Case No. 17-C-22

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE INSPECTOR GENERAL,

        Defendant.

## ORDER FOR RESPONSE

John P. Fischer has moved for an order preventing the government from obtaining access to his financial records. The motion is in response to a subpoena issued by the Office of the Inspector General of the Social Security Administration seeking records held at Community First Credit Union by John P. Fischer and Christian Alliance Church. Fischer states in a sworn statement that it would be redundant to produce these records because the Social Security Appleton office already has access to his bank statements. Fischer also asserts that separation of church and state preclude access to the records. In his view, the church account has nothing to do with his personal savings account.

Community First Credit Union's obligation to respond to the subpoena duces tecum in this matter is stayed pending resolution of the motion to quash.

Pursuant to 12 U.S.C. § 3410(b), the Court hereby directs the Social Security Administration Office of Inspector General to file a sworn response to Fischer's motion. The response should be filed on or before May 16, 2017.

SO ORDERED this  5th  day of May, 2017.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court